UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED U.S. DISTRICT COURT SAVANNAH DIV. 2012 OCT 11 AM 10:33 CLERK SO. DIST. OF GA.

TONY SMITH,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. CV612-037
CR606-010

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 11th day of Oct, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA