FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 OCT 11 AM 10:33

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

TONY SMITH, )
)
    Movant, )
)
v. ) Case No. CV612-037
) CR606-010
UNITED STATES OF AMERICA, )
)
    Respondent. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 11th day of Oct, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA